In the Matter of THOMAS HENDERSON, Appellant, against
CITY OF GLEN COVE, Respondent.

(Argued May 17, 1937; decided June 1, 1937.)

*Michael A. Petroccia* for appellant.

*John P. Carson* and *William A. Earl* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.